No. 372, October Term 1937. GRAVES ET AL. *v.* ELLIOTT ET AL. November 14, 1938. The petition for rehearing is granted. The order denying certiorari, 302 U. S. 731, is vacated and the petition for writ of certiorari to the Surrogates' Court of the County of New York, State of New York, is granted. *Messrs. Henry Epstein* and *Mortimer M. Kassell* for petitioners. *Messrs. Walter H. Merritt* and *Frederick C. Bangs* for respondents.

No. 166. TOLEDO PRESSED STEEL CO. *v.* STANDARD PARTS, INC.; and

No. 167. SAME *v.* HUEBNER SUPPLY CO. November 21, 1938. The petition for rehearing is granted. The orders denying certiorari, *ante,* p. 600, are vacated and the petition for writs of certiorari to the Circuit Court of Appeals for the Sixth Circuit is granted. *Mr. Wilber Owen* for petitioner. *Messrs. William P. Bair* and *Will Freeman* for respondents. Reported below: 93 F. 2d 336.